# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 631 NORTH BROAD STREET, LP, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 17-02805 |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | : |
| Defendant. | : |

## ORDER

AND NOW, this 22nd day of August, 2018, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 10), Plaintiff's Response in Opposition thereto and its own Cross-Motion for Summary Judgment (Doc. No. 13), and Defendant's Reply (Doc. No. 12), and consistent with this Court's accompanying Memorandum, it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment is GRANTED;
2. Judgment shall be entered in favor of Defendant and against Plaintiff on all counts contained in Plaintiff's Complaint; and
3. Plaintiff's Cross-Motion for Summary Judgment is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.